STATE OF CONNECTICUT *v.* KENNETH LEMOINE, JR.

The state of Connecticut's petition for certification for appeal from the Appellate Court, 33 Conn. App. 743 (AC 11701), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the trial court had a constitutional obligation to refer to the facts relating to each charge in its jury instructions?

"2. Did the Appellate Court correctly order a new trial because the trial court did not relate the facts to each crime charged?"

The Supreme Court docket number is SC 14957.

*Marjorie Allen Dauster,* assistant state's attorney, in support of the petition.

*Paul T. Edwards,* special public defender, in opposition.

Decided July 7, 1994